# JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUNTER CONSULTING, INC., a Nevada corporation, | CASE NO.: 8:12-cv-01947-JGB-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK BEAS, an individual; BEN MAESE, an individual; TIFFANY VAN HORN, an individual; 13 TONS, LLC, a Nevada limited liability company; EARTH CONSCIOUS, LLC, a Nevada limited liability company; LES LIVINGSTON, individually and dba LCL Consulting, Inc.; PHOENIX ENVIRONMENTAL, INC., a Nevada corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the Stipulation signed by counsel for plaintiff Hunter Consulting, Inc. and counsel for defendants Frank Beas, Ben Maese, Tiffany Van Horn, 13 Tons, LLC and Earth Conscious, LLC, and on the Court being advised in the premises, the Court finds that HCI owns trade secrets, including client information. The Court finds that there is good cause to file documents containing HCI's trade secrets under seal. Additionally, the Court finds that Frank Beas, Ben Maese, Tiffany Van Horn, 13 Tons, LLC and Earth Conscious, LLC have consented to entry of this judgment and waive any right to judicial review or to otherwise challenge or contest the validity of this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That a permanent injunction shall be entered against defendants Frank Beas, Ben Maese, Tiffany Van Horn, 13 Tons, LLC and Earth Conscious, LLC;

2. That good cause having been shown, Attachment A to the permanent injunction shall be filed under seal as it is a part of the injunction pursuant to *Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126 (9th Cir. 2006), *Henry Hope X-Ray Prods., Inc. v. Marron Carrel, Inc.*, 674 F.2d 1336 (9th Cir. 1982); and *State of Calif. on Behalf of Calif. Dept. of Toxic Substances Control v. Campbell*, 138 F.3d 772 (9th Cir. 1998);

3. Each party shall bear its own costs and attorneys' fees;

4. The Court shall retain jurisdiction to enforce the terms of the Settlement

Agreement of the Parties, the Permanent Injunction and this Judgment;

5. If submission of the Settlement Agreement to this Court becomes necessary, any exhibit thereto which contains HCI's client information shall be submitted under seal.

IT IS SO ORDERED.

DATED: May 23, 2014

_____
Honorable Jesus G. Bernal
United States District Judge